**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOHN P. JOHNSON,<br>*Plaintiff* | § § § | |
| v. | § § | Case No.  SA-26-CV-01472-XR |
| JEFFERSON CAPITAL SYSTEMS, LLC,<br>DAVID BURTON, WINNIE KIBE,<br>*Defendants* | § § § § § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff John P. Johnson shall take nothing by his claims against Defendant Jefferson Capital Systems, LLC, David Burton, and Winnie Kibe, which are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

**SIGNED** this July 10, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE